Certificate Number: 05781-NYE-DE-032487977

Bankruptcy Case Number: 18-47393



05781-NYE-DE-032487977

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2019, at 7:39 o'clock PM PDT, Joseph Harten completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: March 22, 2019

By: /s/Allison M Geving

Name: Allison M Geving

Title: President